IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

NEMESIO CASTRO, )
on behalf of himself and all )
others similarly situated, )
) 08-CV-00215-FM
Plaintiff, ) Judge Frank Montalvo
vs. )
)
COLLECTO, INC., doing business as )
COLLECTION COMPANY OF AMERICA and )
US ASSET MANAGEMENT INC., )
)
Defendants. )

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Nemesio Castro, on behalf of himself and the class certified herein, hereby appeals to the Fifth Circuit Court of Appeals from the judgment of the District Court of Oct. 27, 2009 in favor of defendants, and all prior orders and decisions affecting that judgment.

Respectfully submitted,

Scott A. Vogelmeier
LAW OFFICE OF SCOTT A. VOGELMEIER
1112 Myrtle Avenue
El Paso, TX 79901
(915) 544-3100

James O. Latturner
EDELMAN COMBS LATTURNER & GOODWIN, LLC
120 S. LaSalle St., Suite 1800
Chicago, IL 60603
(312) 738-4200

1